UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
EUGENIE SAMUEL REICH,                       )
                                            )
         Plaintiff,                         )
                                            )
v.                                          )   Civil Action No. 09-10883 NMG
                                            )
U.S. DEPARTMENT OF ENERGY, *et al*.         )
                                            )
         Defendants.                        )
_____)

## PLAINTIFF'S LOCAL RULE 16.1 CERTIFICATION

Pursuant to LR 16.1, plaintiff Eugenie Samuel Reich ("Plaintiff") and her counsel certify that they have conferred regarding (a) a budget for the costs of conducting the full course—and various alternative courses—of the litigation, and (b) consideration of the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

                                            Plaintiff,
                                            EUGENIE SAMUEL REICH

                                            /s/ Eugenie Samuel Reich_____


                                            /s/ David B. Smallman_____
                                            David B. Smallman (5316)
                                            Smallman Law PLLC
                                            276 Fifth Avenue, Suite 805
                                            New York, NY  10001
                                            212.226.6696
                                            dbs@smallmanlaw.com

                                            -and-

    /s/ Michael A. Pezza Jr.
Michael A. Pezza Jr. (BBO No. 397520)
Law Office of Michael A. Pezza Jr.
Ten Post Office Square, 8th Floor
Boston, MA  02109
888.436.5262
mpezza@mpezzalaw.com

Dated:  March 19, 2010

### CERTIFICATE OF SERVICE

I hereby certify that this document is being filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing. Paper copies will be sent to those indicated as non registered participants.

    /s/  Michael A. Pezza Jr.
Dated:  March 19, 2010    Michael A. Pezza Jr.