UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Eugenie Samuel Reich
          Plaintiff

V.

U.S. Department of Energy et al
          Defendants

CIVIL ACTION

NO. 09-cv-10883-NMG

### ORDER OF DISMISSAL

GORTON, D. J.

In accordance with the Court's Memorandum & Order dated 3/17/2011, granting Defendants' Motion for Summary Judgment (Document No. 53), it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

4/6/2011
Date

/s/ Diep Duong
Deputy Clerk