United States District Court
District of Massachusetts

_____ )
EUGENIE SAMUEL REICH,              )
    Plaintiff,                     )
                                    )
    v.                             )    Civil Action No.
                                    )    09-10883-NMG
U.S. DEPARTMENT OF ENERGY and       )
OAK RIDGE NATIONAL LABORATORY,      )
    Defendants.                    )
_____ )

## JUDGMENT

**Nathaniel M. Gorton,   D. J.**

    In accordance with the Court's Memorandum and Order dated **August 19, 2011**, granting Defendants' motion for summary judgment in the above-entitled action, it is hereby ORDERED:

    Judgment for the   Defendants

                                                        By the Court,

   8/19/2011                                   **Christine Patch**
    Date                                           Deputy Clerk